BERNARD Stephen Vida AND
Cynda ANN Vida

06-40757

The above chapter 7 case has the following Amendments:

① Means test to include all Available deductions resulting in No presumption Arising

② Schedule B: To reflect #25 update on motor vehicles

③ Schedule D: To show ~~ownership~~ ~~ownerage~~ Accurate mortgage Amount on Lawrence House.

④ Schedule F: to show one Additional Creditor — ACS

⑤ Schedule J to show correct INS Amounts in #11

[signature]
860-659262    Dennis J. Carey

In re: Bernard Stephen Viola and Lynda Ann Viola                                  Case No.   06-40757

                                                                                                                           Chapter   7

Last four digits of Social Security No.: 2874
Debtors                                   4072

# SCHEDULE B - PERSONAL PROPERTY
## Amended

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Livingroom set, kitchen set and pots, pans and flatware<br><br>46 Durso Avenue<br>Lawrence<br>MA | J | $6,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Mens and womens apparel<br><br>46 Durso Avenue<br>Lawrence<br>MA | J | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

3    continuation sheet(s) attached

ach-viola.TIF

In re: Bernard Stephen Viola and Lynda Ann Viola     Case No.   06-40757

Chapter   7

Last four digits of Social Security No.: 2874
Debtors     4072

# SCHEDULE B - PERSONAL PROPERTY
### Amended
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

2    continuation sheet(s) attached

In re: Bernard Stephen Viola and Lynda Ann Viola

Case No. 06-40757
Chapter 7

Last four digits of Social Security No.: 2874
Debtors                                  4072

# SCHEDULE B - PERSONAL PROPERTY
### Amended
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles. | | 2001 Cadalla Deville | W | $6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

1    continuation sheet(s) attached

ach-viola.TIF

In re: Bernard Stephen Viola and Lynda Ann Viola                                  Case No.   06-40757
                                                                                  Chapter    7

Last four digits of Social Security No.: 2874
Debtors                                  4072

# SCHEDULE B - PERSONAL PROPERTY
### Amended
#### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Lahasa Apso Dog<br>46 Durso Avenue<br>Lawrence MA | J | Unknown |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

0    continuation sheet(s) attached                                  Total ⇨    $12,000.00

In re: Bernard Stephen Viola and Lynda Ann Viola

Case No. 06-40757

Last four digits of Social Security No.: 2874
Debtors                                    4072

Chapter 7

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112 Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled
If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No: *8888<br>Chase<br>PO Box 78116<br>Phoenix, AZ 85062-8166 | | H | Date Incurred: April 2005<br>Nature of Lien: First Mortgage<br>Property:<br>Single Family Home<br><br>VALUE: $300,000.00 | | | | $280,000.00<br><br>Estimated | $0.00 |

Reason for Amendment - CLAIM CHANGED: claim amount corrected and petitioners want to reaffirm

0   continuation sheet(s) attached

(Total of this page)  Subtotal ⇨  $280,000.00
Total ⇨  $280,000.00

ach-viola.TIF

In re: Bernard Stephen Viola and Lynda Ann Viola      Case No. 06-40757

Chapter 7

Last four digits of Social Security No.: 2874

Debtors    4072

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m) Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *72-1<br>ACS<br>PO Box 7051<br>Utica, NY 13504-7051 | | W | Date Incurred: September 2000<br>Consideration for Claim:<br>*Student Loan Obligation | | | | $90,000.00<br>Estimated |
| Account No: *9612<br>Allied Interstate Inc.<br>PO Box 5023<br>Consumer Service Dept.<br>New York, NY 10163 | | W | Date Incurred: April 2004<br>Consideration for Claim:<br>credit card | | | | $100.00<br>Estimated |
| Account No: *6371<br>AT&T Universal Card<br>PO Box 183065<br>Columbus, OH 43218-3085 | | W | Date Incurred: December 2004<br>Consideration for Claim:<br>credit card | | | | $10,000.00<br>Estimated |
| Account No: *9960<br>Banana Republic<br>PO Box 530942<br>Atlanta, GA 30353-0942 | | W | Date Incurred: April 2005<br>Consideration for Claim:<br>clothing | | | | $400.00<br>Estimated |
| Account No: *5838<br>Bournewood Hospital<br>PO Box 845729<br>Boston, MA 02284 | | H | Date Incurred: March 2005<br>Consideration for Claim:<br>medical services | | | | $950.00<br>Estimated |
| Claim Representative<br>Carter Business Service Inc.<br>12 Teal Road<br>Wakefield, MA 01880 | | | Representing:<br>Bournewood Hospital | | | | |
| Claim Assignee<br>Carter Business Services Inc.<br>12 Teal Road<br>Wakefield, MA 01880 | | | Claim Assignee For:<br>Bournewood Hospital | | | | |

(Total of this page) Subtotal ⇨    $101,450.00

5 continuation sheet(s) attached     Total ⇨    N/A

In re: Bernard Stephen Viola and Lynda Ann Viola

Case No. 06-40757

Chapter 7

Last four digits of Social Security No.: 2874

Debtors: 4072

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**Amended**
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *8685<br>Chase Card Member Service<br>PO Box 100044<br>Kennesaw, GA 30156 | | J | Date Incurred:<br>Consideration for Claim:<br>credit card | | | | $3,556.31<br>Estimated |
| Account No: *5961<br>Chase Cardmember Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | J | Date Incurred: January 2004<br>Consideration for Claim:<br>credit card | | | | $1,300.00<br>Estimated |
| Account No: *7716<br>Chase Cardmember Services<br>PO Box 15548<br>Wilmington, DE 19886-5548 | | W | Date Incurred: February 2005<br>Consideration for Claim:<br>credit card | | | | $6,000.00<br>Estimated |
| Account No: *7901<br>Chase Cardmrmber Services<br>PO Box 15548<br>Wilmington, DE 19886-5153 | | W | Date Incurred: March 2005<br>Consideration for Claim:<br>credit card | | | | $15,000.00<br>Estimated |
| Account No: *8394<br>CitiBank<br>PO Box 261000<br>San Diego, CA 92196 | | H | Date Incurred: March 2005<br>Consideration for Claim:<br>credit card | | | | $19,000.00<br>Estimated |
| Account No: *9272<br>Citicards<br>PO Box 6077<br>Souix, SD 57117-6077 | | W | Date Incurred:<br>Consideration for Claim:<br>credit card | | | | $8,000.00<br>Estimated |
| Account No: *3886<br>Citicards<br>PO Box 183058<br>Columbus, OH 43218-3058 | | W | Date Incurred:<br>Consideration for Claim:<br>clothing | | | | $7,644.95<br>Estimated |
| Account No: *4135<br>Credit Service Center<br>111 Boulder Industrial Drive<br>Bridgeton, MO 63044 | | W | Date Incurred: December 2005<br>Consideration for Claim:<br>clothing | | | | $200.00<br>Estimated |

(Total of this page) Subtotal ⇨ $60,701.26

4 continuation sheet(s) attached    Total ⇨ N/A

ach-viola.TIF

In re: Bernard Stephen Viola and Lynda Ann Viola         Case No.   06-40757
                                                          Chapter   7

Last four digits of Social Security No.:   2874
                                            4072
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**Amended**
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *6091<br>Exxon Mobile<br>PO Box 4598<br>Carol Stream, IL 60197-4598 | | H | Date Incurred: August 2005<br>Consideration for Claim:<br>credit card | | | | $1,800.00<br>Estimated |
| Account No: *5407<br>Fashion Bug<br>PO Box 856021<br>Louisville, KY 40285-6021 | | W | Date Incurred: May 2005<br>Consideration for Claim:<br>clothing | | | | $600.00<br>Estimated |
| Account No: *2330<br>Faulkner Hospital<br>10 Tara Blvd., Suite 410<br>Nashua, NH 03062 | | H | Date Incurred: April 2005<br>Consideration for Claim:<br>medical services | | | | $500.00<br>Estimated |
| Claim Representative<br>Allied Creditor Service, Inc.<br>PO Box 7840<br>Nashua, NH 03060-7840 | | | Representing:<br>Faulkner Hospital | | | | |
| Account No: *4135<br>Filene's<br>PO Box 8077<br>Lorain, OH 44055-8077 | | W | Date Incurred: December 2005<br>Consideration for Claim:<br>clothing | | | | $500.00<br>Estimated |
| Account No: *2205<br>First North American National | | H | Date Incurred:<br>Consideration for Claim:<br>credit card | | | | $4,000.00<br>Estimated |
| Claim Representative<br>Merchants Credit Guide Co.<br>Executive Offices<br>223 W. Jackson Blvd.<br>Chicago, IL 60606 | | | Representing:<br>First North American National | | | | |
| Claim assignee  Account No: *7556<br>CBC Financial III LLC<br>PO Box 18053<br>Hauppauge, NY 11788-8853 | | | Claim Assignee For:<br>First North American National | | | | |

(Total of this page) Subtotal ⇨    $7,400.00
3   continuation sheet(s) attached                         Total ⇨    N/A

ach-viola.TIF

In re: **Bernard Stephen Viola and Lynda Ann Viola**　　　　　　　　　　　Case No.　06-40757
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　7

Last four digits of Social Security No.:　2874
Debtors　　　　　　　　　　　　　　　　　　4072

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**Amended**
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *7008<br>GE Money Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | | H | Date Incurred: November 2005<br>Consideration for Claim:<br>credit card | | | | $5,000.00<br>Estimated |
| Account No: *2971<br>GEMB<br>PO Box 960001<br>Orlando, FL 32896-0001 | | J | Date Incurred: July 2005<br>Consideration for Claim:<br>credit card | | | | $1,000.00<br>Estimated |
| Account No: *1411<br>GEMB<br>PO Box 960001<br>Orlando, FL 32896 | | W | Date Incurred: August 2005<br>Consideration for Claim:<br>credit card | | | | $400.00<br>Estimated |
| Account No: *9493<br>Home Depot Credit Services<br>Pricessing Center<br>Des Moines, IA 50364-0500 | | H | Date Incurred: January 2005<br>Consideration for Claim:<br>credit card | | | | $1,750.00<br>Estimated |
| Account No: *1049<br>Home Depot Credit Services<br>Processing Center<br>Des Moines, IA 50364-0500 | | W | Date Incurred: August 2004<br>Consideration for Claim:<br>credit card | | | | $6,000.00<br>Estimated |
| Account No: *6893<br>HSBC Card Services<br>PO Box 17051<br>Baltimore, MD 21297-1051 | | H | Date Incurred: September 2004<br>Consideration for Claim:<br>credit card | | | | $600.00<br>Estimated |
| Account No: *9396<br>HSBC Card Services<br>PO Box 17051<br>Baltimore, MD 21297-1051 | | H | Date Incurred: June 2005<br>Consideration for Claim:<br>credit card | | | | $1,500.00<br>Estimated |
| Account No: *3968<br>Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | | W | Date Incurred: April 2005<br>Consideration for Claim:<br>clothing | | | | $1,000.00<br>Estimated |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page) Subtotal ⇨　$17,250.00
2　continuation sheet(s) attached　　　　　　　　　　　　　　　　　　　　　　　　　Total ⇨　N/A

ach-viola.TIF

In re: **Bernard Stephen Viola and Lynda Ann Viola**     Case No.  06-40757
Chapter  7

Last four digits of Social Security No.:  2874
Debtors                                   4072

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**Amended**
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *9179<br>Lane Bryant<br>PO Box 659728<br>San Antonio, TX 78265-9728 | | W | Date Incurred: September 2005<br>Consideration for Claim:<br>credit card | | | | $250.00<br><br>Estimated |
| Account No: *9847<br>Lane Bryant<br>PO Box 659728<br>San Antonio, TX 78265-9728 | | W | Date Incurred: September 2005<br>Consideration for Claim:<br>credit card | | | | $500.00<br><br>Estimated |
| Account No: *4638<br>Linens and Things<br>PO Box 530993<br>Atlanta, GA 30353 | | W | Date Incurred: June 2005<br>Consideration for Claim:<br>credit card | | | | $400.00<br><br>Estimated |
| Account No: *0860<br>Macy's<br>5300 King's Island Drive<br>Mason, OH 45040 | | H | Date Incurred: December 2004<br>Consideration for Claim:<br>clothing | | | | $1,800.00<br><br>Estimated |
| Account No: *64-0<br>Macy's<br>PO Box 8217<br>Mason, OH 45040 | | W | Date Incurred: November 2005<br>Consideration for Claim:<br>clothing | | | | $3,000.00<br><br>Estimated |
| Account No: *1379<br>MBNA America<br>PO Box 15289<br>Wilmington, DE 19886-1537 | | J | Date Incurred: February 2005<br>Consideration for Claim:<br>credit card | | | | $11,000.00<br><br>Estimated |
| Account No: *4576<br>NTB<br>Processing Center<br>Des Moines, IA 50364-0001 | | W | Date Incurred: October 2005<br>Consideration for Claim:<br>credit card | | | | $1,000.00 |
| Account No: *0946<br>Retail Services / Best Buy<br>PO Box 17298<br>Baltimore, MD 21297-1298 | | J | Date Incurred: October 2004<br>Consideration for Claim:<br>credit card | | | | $4,000.00<br><br>Estimated |

1   continuation sheet(s) attached

(Total of this page) Subtotal ⇨  $21,950.00
Total ⇨  N/A

ach-viola.TIF

In re: **Bernard Stephen Viola and Lynda Ann Viola**  Case No. 06-40757
Chapter 7

Last four digits of Social Security No.: 2874
Debtors  4072

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**Amended**
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *1308<br>Sears Credit Cards<br>PO Box 45147<br>Jacksonville, FL 32232-5147 | | J | Date Incurred: January 2005<br>Consideration for Claim:<br>credit card | | | | $2,500.00<br>Estimated |
| Account No: *3213<br>Sprint<br>PO Box 541023<br>Los Angelas, CA 90054 | | J | Date Incurred: November 2005<br>Consideration for Claim:<br>telephone services | | | | $2,500.00<br>Estimated |
| Account No: *9190<br>Target National Bank<br>PO Box 59231<br>Minneapolis, MN 55459-0231 | | W | Date Incurred: October 2005<br>Consideration for Claim:<br>credit card | | | | $250.00<br>Estimated |
| Account No:<br>Well Fargo Financial<br>PO Box 98784<br>Las Vegas, NV 89193-8784 | | | Date Incurred:<br>Consideration for Claim: | | | | $0.00 |
| Account No: *2593<br>Wells Fargo Financial<br>PO Box 98784<br>Las Vegas, NV 89193-8784 | | H | Date Incurred: January 2005<br>Consideration for Claim:<br>personal loan | | | | $1,000.00<br>Estimated |
| Account No: *7923<br>WFNNB<br>PO Box 659705<br>San Antonio, TX 78265-9705 | | W | Date Incurred: December 2004<br>Consideration for Claim:<br>credit card | | | | $300.00<br>Estimated |
| Account No: *-685<br>WFNNB-Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265-9728 | | W | Date Incurred: October 2005<br>Consideration for Claim:<br>clothing | | | | $150.00<br>Estimated |

() continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $6,700.00
Total ⇨ $215,451.26

ach-viola.TIF

In re: Bernard Stephen Viola and Lynda Ann Viola     Case No. 06-40757

Chapter 7

Last four digits of Social Security No.: 2874
4072

Debtors

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS
## Amended

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,802.28 |
|    a. Are real estate taxes included?    Yes    No **X** | |
|    b. Is property insurance included?    Yes    No **X** | |
| 2. Utilities: a. Electricity and heating fuel | $180.00 |
|         b. Water and sewer | $49.00 |
|         c. Telephone | $60.00 |
|         d. Other | $0.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $300.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $80.00 |
| 7. Medical and dental expenses | $750.00 |
| 8. Transportation (not including car payments) | $300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | $25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $44.00 |
|     b. Life | $17.00 |
|     c. Health | $0.00 |
|     d. Auto | $200.00 |
|     e. Other | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     Specify: Real Estate | $150.00 |
| 13. Installment payments: (In Chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $0.00 |
|     b. Other | $0.00 |
| 14. Alimony, maintenance, and support paid to others | $0.00 |
| 15. Payments for support of additional dependents not living at your home | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17. Other: | $0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $4,207.28 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   None

Reason for amendment :

20. **STATEMENT OF NET MONTHLY INCOME**

| | |
|---|---:|
| a. Total monthly income from Line 16 of Schedule I | $4,270.50 |
| b. Total monthly expenses from Line 18 above | $4,207.28 |
| c. Monthly net income (a. minus b.) | $63.22 |

0    continuation sheet(s) attached

ach-viola.TIF

```
ACS
*72-1
PO Box 7051
Utica, NY 13504-7051

Chase
*8888
PO Box 78116
Phoenix, AZ 85062-8166
```

AMENDED

**Form B22A (Chapter 7) (10/05)**

In re: **Bernard Stephen Viola and Lynda Ann**
             Debtor(s)
Case Number   **06-40757**
             (If known)

According to the calculations required by this statement:
☐ The presumption arises.
☒ The presumption does not arise.
(Check the box as directed in Parts I, III, and VI of this statement.)

## STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION
### FOR USE IN CHAPTER 7 ONLY

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts. Joint debtors may complete one statement only.

### Part I. EXCLUSION FOR DISABLED VETERANS

| | |
|---|---|
| 1 | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Decclaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |

### Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. **X** Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | | | |
| 3 | Gross wages, salary, tips, bonuses, overtime, commissions. | | $0.00 | $3,796.00 |
| 4 | Income from the operation of a business, profession or farm. Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br>a. Gross receipts $0.00<br>b. Ordinary and necessary business expenses $0.00<br>c. Business income   Subtract Line b from Line a | | | $0.00 | $0.00 |
| 5 | Rent and other real property income. Subtract Line b from Line a and enter the difference on Line 5. Do not enter a number less than zer**Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br>a. Gross receipts $0.00<br>b. Ordinary and necessary operating expenses $0.00<br>c. Rental income   Subtract Line b from Line a | | | $0.00 | $0.00 |
| 6 | Interest, dividends and royalties. | | | $0.00 | $0.00 |
| 7 | Pension and retirement income. | | | $0.00 | $0.00 |
| 8 | Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support. Do not include contributions from the debtor's spouse if Column B is completed. | | | $0.00 | $0.00 |
| 9 | Unemployment compensation. Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $0.00   Spouse $0.00 | | | $0.00 | $0.00 |

ach-viola.TIF

| | | | |
|---|---|---|---|
| 10 | Income from all other sources. If necessary, list additional sources on a separate page. **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. | | |
| | Total and enter on Line 10. | $0.00 | $0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add lines 3 through 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $0.00 | $3,796.00 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $3,796.00 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $45,552.00 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence:  ssachusetts   b. Enter debtor's household size:   2 | $55,291.00 |
| 15 | **Application of Section § 707(b)(7).** Check the applicable box and proceed as directed.<br>**X** The amount on Line 13 is less than or equal to the amount on Line 14.  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete parts IV, V, VI, or VII.<br><br>The amount on Line 13 is more than the amount on Line 14.  Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI and VII of this statement only if required.  (See Line 15).**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | Enter the amount from Line 12. | |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter the amount of the income listed in Line 11, Column B that was NOT regularly contributed to the household expenses of the debtor or the debtor's dependents. If you did not check box at Line 2.c, enter zero. | |
| 18 | **Current monthly income for § 707(b)(2).**    Subtract Line 17 from Line 16 and enter the result. | |

## Part V. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19 | **National Standards: food, clothing, household supplies, personal care, and miscellaneous.** Enter "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**   Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (this information is available at www.usdoj.gov/ust/  or from the clerk of the bankruptcy court.) | |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expenses for your county and family size (this information is available at www.usdoj.gov/ust/  or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.**<br><br>a.     IRS Housing and Utilities Standards; mortgage/rental expense<br><br>b     Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42<br><br>c.     Net mortgage/rental expense                                   Subtract Line b from Line a. | |

ach-viola.TIF

| | |
|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: |
| 22 | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more<br><br>Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1**   Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1   ☐ 2 or more<br>Enter, in the line below, the amount from IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.    **Do not enter an amount less than zero.**<br><br>a.    IRS Transportation Standards, Ownership Costs, First Car<br><br>b.    Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42<br><br>c.    Net ownership/lease expense for Vehicle 1    Subtract Line b from Line a. |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**    Complete this line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, Second Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.    **Do not enter an amount less than zero.**<br><br>a.    IRS Transportation Standards, Ownership Costs, Second Car<br><br>b.    Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42<br><br>c.    Net ownership/lease expense for Vehicle 2    Subtract Line b from Line a. |
| 25 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes.   **Do not include real estate or sales taxes.** |
| 26 | **Other Necessary Expenses: mandatory payroll deductions.**    Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as non-mandatory 401(k) contributions.** |
| 27 | **Other Necessary Expenses: life Insurance.**  Enter average monthly premiums that you actually pay for term life insurance for yourself **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** |
| 28 | **Other Necessary Expenses: court-ordered payments.**   Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments.   **Do not include payments on past due support obligations included in Line 44.** |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**    Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. |

| | |
|---|---|
| 30 | **Other Necessary Expenses: childcare.** Enter the average monthly amount that you actually expend on childcare. **Do not include payments made for children's education.** |
| 31 | **Other Necessary Expenses: health care.** Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account. **Do not include payments for health insurance listed in Line 34.** |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total monthly expenses that you actually pay for cell phones, pagers, call waiting, caller identification, special long distance or internet services necessary for the health and welfare of you or your dependents. **Do not include any amount previously deducted.** |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. |

**Subpart B: Additional Expense Deductions under § 707(b)**
**Note: Do not include any expenses that you have listed in Lines 19-32**

| | |
|---|---|
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the average monthly amounts that you actually expend in each of the following categories and enter the total. <br> a. Health Insurance <br> b. Disability Insurance <br> c. Health Savings Account <br> Total: Add Lines a, b and c |
| 35 | **Continued contributions to the care of household or family members.** Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. |
| 36 | **Protection against family violence.** Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Protection and Services Act or other applicable federal law. |
| 37 | **Home energy costs in excess of the allowance specified by the IRS Local Standards.** Enter the average monthly amount by which your home energy costs exceed the allowance in the IRS Local Standards for Housing and Utilities **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** |
| 38 | **Educational expenses for dependent children less than 18.** Enter the average monthly expenses that you actually incur, not to exceed $125 per child, in providing elementary and secondary education for your dependent children less than 18 years of age. **You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** |
| 39 | **Additional food and clothing expenses.** Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). |
| 41 | **Total Additional Expense Deductions under § 707 (b).** Enter the total of Lines 34 through 40 |

**Subpart C: Deductions for Debt Payment**

| | |
|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. Mortgage debts should include payments of taxes and insurance required by the mortgage. If necessary, list additional entries on a separate page. <br><br> Total and enter on Line 42 |

| | |
|---|---|
| 43 | **Past due payments on secured claims.** If any of the debts listed in Line 42 are in default, and the property securing the debt is necessary for your support or the support of your dependents, you may include in your deductions 1/60th of the amount that you must pay the creditor as a result of the default (the "cure amount") in order to maintain possession of the property. List any such amounts in the following chart and enter the total. If necessary, list additional entries on a separate page.<br><br>Total and enter on Line 43 |
| 44 | **Payments on priority claims.** Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. |
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense.<br>a. Projected average monthly Chapter 13 plan payment.<br>b. Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>c. Average monthly administrative expense of Chapter 13 case     Total: Multiply Lines a and b |
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. |

### Subpart D: Total Deductions Allowed under § 707(b)(2)

| | |
|---|---|
| 47 | **Total of all deductions allowed under § 707 (b)(2).** Enter the total of Lines 33, 41, and 46. |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | |
|---|---|
| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) |
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $6,000.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $10,000.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $6,000, but not more than $10,000.** Complete the remainder of Part VI (Lines 53 through 55). |
| 53 | Enter the amount of your total non-priority unsecured debt. |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

ach-viola.TIF

| | Part VII: ADDITIONAL EXPENSE CLAIMS |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
| | Total and enter on Line 56 |

| | Part VIII: VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date 6/14/06      Signature _____ (Debtor)<br><br>Date 6/14/06      Signature _____ (Joint Debtor, if any) |